**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WELLS FARGO BANK, N.A,

v.   Case No. 3:10-cv-576-J-32JBT

BEEMER & ASSOCIATES XLVII,
L.L.C., et al.,

    Defendants.

---

WELLS FARGO BANK, N.A,

v.   Case No. 3:10-cv-577-J-32JBT

BEEMER & ASSOCIATES XLVII,
L.L.C., et al.,

    Defendants.

---

**O R D E R**

    These cases are before the Court on Defendants' Motions to Amend Final Judgment to Determine Proper Amount of Setoff and Deficiency and for Stay of Collection Activities (Case No. 3:10-cv-576-J-32JBT ("Case 576"), Doc. 116; Case No. 3:10-cv-577-J-32JBT ("Case 577"), Doc. 190.) On July 11, 2014, the assigned United States Magistrate Judge issued a Report and Recommendation (Case 576, Doc. 122; Case 577, Doc. 198) recommending that the motions be denied because the requests for an amendment of the judgment are premature and the requests for an indefinite stay are inappropriate.

    No objections to the Report and Recommendation were filed in either case, and

the time in which to do so has now passed.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). On the same day the Magistrate Judge issued his Report and Recommendation, the Defendants filed a motion for a protective order staying discovery in Case 577, presenting the same arguments as the earlier motion to stay, but with more specifics about the discovery currently taking place.  (Case 577, Doc. 197.) The Magistrate Judge denied the motion for protective order for the same reasons he recommends denying the initial motion to stay.  (Case 577, Doc. 203.)

Upon independent review of the file and for the reasons stated in the Report and Recommendation, it is hereby

**ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Case 576, Doc. 122; Case 577, Doc. 198) is **ADOPTED** as the opinion of the Court.

2. Defendants' Motions to Amend Final Judgment to Determine Proper Amount of Setoff and Deficiency and for Stay of Collection Activities (Case 576, Doc. 116; Case 577, Doc. 190.) are **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of September, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record